```
          IN THE UNITED STATES DISTRICT COURT
         FOR THE NORTHERN DISTRICT OF GEORGIA
                    ATLANTA DIVISION
```

| | | |
|---|---|---|
| MICHAEL J. HEAD, 0035846, | : : | PRISONER CIVIL RIGHTS 42 U.S.C. § 1983 |
| Plaintiff, | : : | |
| v. | : : | CIVIL ACTION NO. 1:14-CV-3716-TWT-ECS |
| UNNAMED DEFENDANT, et al., Defendants. | : : | |

**FINAL REPORT AND RECOMMENDATION**

Proceeding <u>pro se</u>, Michael J. Head has submitted a one-page handwritten letter, to which he has attached two handwritten grievance forms (in "duplicate"), complaining about his treatment in the Henry County Jail. <u>See</u> [Doc. No. 1]. Mr. Head states that his purpose in mailing those materials is "so I have proof I submitted them." [<u>Id.</u> at 1]. Mr. Head asserts that the "Administrative and Medical Depts. are tampering with the computer system and the paper trail here at the Henry County Sheriff Office Detention Center." [<u>Id.</u>]. Mr. Head did not, however, either (A) submit either the $400 in fees due to initiate a federal civil rights case or (B) request permission to proceed <u>in forma pauperis</u> ("IFP").

In these circumstances, where Mr. Head has not indicated any desire to initiate a federal civil rights lawsuit, but only to create a "paper trail" for his administrative grievances, the

undersigned **RECOMMENDS** that this case be **DISMISSED WITHOUT PREJUDICE.**

If Mr. Head elects in the future to file a civil rights lawsuit, he may do so, subject to payment of the applicable case initiation fees or receipt of permission to proceed IFP.

The Clerk is **DIRECTED** to mail Mr. Head one copy of this Court's prisoner civil rights complaint form.

The Clerk is further **DIRECTED** to terminate the referral of this case to the undersigned.

**SO RECOMMENDED AND DIRECTED**, this 24th day of November, 2014.

*S/ E. Clayton Scofield III*
E. CLAYTON SCOFIELD III
UNITED STATES MAGISTRATE JUDGE
